IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** West, Joyce Marie

Printed: 9/3/08

Case Number: 07 B 12280
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 24, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,815.00 |  |
| Secured: |  | 350.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,258.99 |
| Trustee Fee: |  | 206.01 |
| Other Funds: |  | 0.00 |
| Totals: | 3,815.00 | 3,815.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 3,258.99 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 513.39 | 350.00 |
| 5. | Chase Home Finance | Secured | 8,967.71 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,976.38 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 131.25 | 0.00 |
| 8. | Nuvell Credit Company LLC | Unsecured | 2,110.41 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 12.47 | 0.00 |
| 10. | Bell West Community CU | Unsecured | 1,498.13 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 1,309.75 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 251.28 | 0.00 |
| 13. | Educational Credit Management Corp | Unsecured | 3,005.44 | 0.00 |
| 14. | University Of Iowa Hospital & Clinic | Unsecured | 42.00 | 0.00 |
| 15. | ER Solutions | Unsecured | 186.17 | 0.00 |
| 16. | Wells Fargo Financial Illinois Inc | Unsecured | 373.80 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 226.33 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 17.65 | 0.00 |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | Caremark | Unsecured |  | No Claim Filed |
| 21. | TCF Bank | Unsecured |  | No Claim Filed |
| 22. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |
| 23. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,046.16 | $ 3,608.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** West, Joyce Marie

Printed: 9/3/08

Case Number: 07 B 12280
Judge: Wedoff, Eugene R
Filed: 7/10/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 206.01 |
|  | _____ |
|  | $ 206.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

